# United States District Court
**EASTERN DISTRICT OF TEXAS**
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:05cr96-014 |
| | § | (Judge Crone) |
| SHAWN KHAJEH AMIDI | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 8, 2013 to determine whether Defendant violated his supervised release.

On April 20, 2006, Defendant was sentenced by the Honorable Paul Brown to thirty (30) months' custody followed by three (3) years of supervised release for the offense of Distribution of GHB and MCMA. On August 10, 2007, Defendant completed his period of imprisonment and began service of his supervised term.

On June 3, 2013, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated a mandatory and a standard condition. Violation allegation two was dismissed by the Government. The petition also alleged violation of the following mandatory condition: the defendant shall not commit another federal, state, or local crime.

The petition alleges that Defendant committed the following acts with regard to the remaining violation: Defendant was changed in 4:10cr61 with Conspiracy to Possess with Intent to Distribute or Distribution of Marijuana and Aiding and Abetting. On October 17, 2013, Defendant was sentenced by the Honorable Michael Schneider to time served.

Prior to the Government putting on its case, Defendant entered a plea of true to the remaining violation.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be sentenced to time served.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 2nd day of December, 2013.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE